FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 18, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON MARK HART,<br><br>       Plaintiff,<br><br>v.<br><br>ROB JACKSON, PA ROBIN SMITH, ARNP LAMIN SENNAH and JOHN and JANE DOES,<br><br>       Defendants. | No. 4:24-CV-05006-SAB<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS** |

By Order filed February 9, 2024, the Court instructed Plaintiff to comply with 28 U.S.C. § 1915(a)(2), which requires prisoners who seek to bring a civil action without prepayment of the filing fee to submit a certified copy of their trust fund account statement (or institutional equivalent) for the 6 months immediately preceding the filing of the complaint. ECF No. 7. The Court noted that the documents Plaintiff provided on January 5, 2024, covered only information through November 30, 2023. *Id.* at 1–2.

The Court instructed Plaintiff that he must either pay the applicable fee of $405.00 ($350.00 filing fee, plus $55.00 administrative fee) or comply with the *in forma pauperis* statute, 28 U.S.C. § 1915(a), by submitting an inmate account

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS -- 1

1  statement that covered the entire six-month period immediately preceding the
2  filing of the complaint on January 5, 2024. *Id.* at 2. On February 15, 2024, Plaintiff
3  again supplied the same account statement, ECF No. 8, that the Court previously
4  found deficient, ECF No. 3, as it did not contain information between December 1,
5  2023, and the date Plaintiff filed his complaint on January 5, 2024. *See* ECF No. 7
6  at 1–2.
7        The Court cautioned Plaintiff that the failure to comply with the Court's
8  directives would result in the dismissal of the case. *Id.* at 3. Plaintiff neither paid
9  the filing fee nor submitted an updated account statement by the due date of March
10 11, 2024.
11 //
12 //
13 //
14 //
15 //
16 /
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS -- 2

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee under 28 U.S.C. § 1914 or to comply with the *in forma pauperis* requirements of 28 U.S.C. § 1915.

2. All pending Motions are **DENIED as moot.**

3. The Clerk's Office is directed to **ENTER JUDGMENT** and **CLOSE** the file.

4. The Court certifies any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to Plaintiff at his last known address.

**DATED** this 18th day of March 2024.



Stanley A. Bastian
Chief United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS -- 3